IRA BARROWS *vs.* JOHN A. ROSE & Trustee.

It is no ground of abatement of a trustee process, brought in the county where the defend-
ant resides, and duly served upon him, that the trustee resides out of the Common-
wealth.

SHAW, C. J.    To an action brought by a physician residing
out of the State, for medical attendance, against the defendant,
described as of Dighton in this county, by a writ in which the
name of a trustee is inserted, also described as of Dighton, the
defendant pleaded that the alleged trustee is not and was not
an inhabitant of or residing in the county of Bristol, but of
Providence, R. I.    To this plea the plaintiff demurred, and the
court of common pleas sustained the demurrer.

The court are of opinion that the demurrer was well taken
and must be sustained.    The fact pleaded, as matter of defence
for the principal, was utterly immaterial; it affords no reason, if
true, why the defendant should not answer.    The defendant is
alleged to be an inhabitant of Dighton in this county; this fact
is not traversed.    He was duly served with process; the court
therefore have jurisdiction of the cause, whether the trustee is
chargeable or not.

We have doubts whether this judgment upon a plea or answer
in abatement is open to appeal; but as it has not been placed
on that ground, we have not examined the point.

*Demurrer sustained.*

G. W. *Deans,* for the defendant, cited *Nash* v. *Brophy,* 13 Met.
476; *Belknap* v. *Gibbens,* 13 Met. 471; *Brown* v. *Webber,* 6
Cush. 560; *Lewis* v. *Denney,* 4 Cush. 588.

*E. H. Bennett,* for the plaintiff.